# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1550

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Joaquin Bravo Flores, | * | |
| | * | [PUBLISHED] |
| Appellant. | * | |

_____

Submitted:  November 14, 2011
Filed:  December 16, 2011

_____

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Joaquin Bravo Flores was indicted on a charge of being an illegal alien in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2). Flores moved to dismiss the indictment, arguing that § 922(g)(5)(A) was facially unconstitutional in light of District of Columbia v. Heller, 554 U.S. 570 (2008). The district court[1] denied the motion, and Flores appeals. Agreeing with the Fifth Circuit that the protections of the Second Amendment do not extend to aliens illegally

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

present in this country, <u>United States v. Portillo-Munoz</u>, 643 F.3d 437 (5th Cir. 2011), *petition for cert. filed* (U.S. Nov. 2, 2011) (No. 11-7200), we affirm.

_____